USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NELS J. FREUND-NELSON,

        Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

ORDER

19-CV-8880 (LGS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The Clerk of Court shall seal the paper version of the document associated with Docket Entry No. 10; that document is in the file maintained by the Clerk of Court for this action. The Clerk of Court shall also seal ECF Docket Entry No. 10.

Dated: New York, New York
       December 6, 2019

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE