UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NELS J. FREUND-NELSON,                              :

          Plaintiff,                                    :

        -against-                                          :

COMMISSIONER OF SOCIAL SECURITY,      :

          Defendant.                                 :
------------------------------------------------------------X

**ORDER**

19-CV-8880 (LGS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The defendant shall serve a copy of the Court's March 2, 2020 order, which appears at

Docket Entry No. 18, on the plaintiff and file proof of service with the Clerk of Court.

Dated: New York, New York
       May1, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE