```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NELS J. FREUND-NELSON,
                            Plaintiff,                       19 **CIVIL** 8880 (LGS)(KNF)

-v-                                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                            Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 27, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings; accordingly, the case is closed.

**Dated:** New York, New York
         July 27, 2020

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                            **BY:**
                                                          **Deputy Clerk**